# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) 5:21-CR-00088-D-1
)
BENJAMINE MOSS, JR. )

## ORDER

Came on the Motion of Mr. Moss to file his motion under seal of this cause, and, the Court finds that said Motion shall be and is hereby:

___✓___ **GRANTED**, and the motion is directed to be filed under seal;

_____ **DENIED**.

SIGNED and ENTERED on this the __8__ DAY OF AUGUST, 2022.

HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE