# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
    v.                              )      5:21-CR-00088-D-1
                                   )
BENJAMINE MOSS, JR.                )

## ORDER

Came on the Motion of Mr. Moss to continue the sentencing of this cause,

and, the Court finds that said Motion shall be and is hereby:

✓          **GRANTED**, and the Sentencing Hearing and associated deadlines are

reset as follows:

_October 2022_

_____

_____

_____         **DENIED**.

SIGNED and ENTERED on this the __9__ DAY OF AUGUST, 2022.

_A. Dever_
HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE