IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-641-D
No. 5:21-CR-88-D

| | |
|---|---|
| BEMJAMINE MOSS, JR., )<br>    Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent. ) | **ORDER** |

For the reasons stated in respondent's memorandum of law in support of its motion to dismiss [D.E. 169], the court GRANTS respondent's motion to dismiss [D.E. 168], DISMISSES petitioner's motion to vacate [D.E. 155], and DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 19 day of November, 2025.

JAMES C. DEVER III
United States District Judge